UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYDIV INC.,<br><br>    Defendant. | Case No. 1:21-cv-00705 NONE JLT<br><br>**ORDER STRIKING ORDER TO SHOW CAUSE (Doc. 5); ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PLAINTIFF'S FAILURE TO PROSECUTE THIS ACTION; ORDER VACATING THE MANDATORY SCHEDULING CONFERENCE** |

The Court ordered the plaintiff to show cause why sanctions should not be imposed for the failure to serve the summons and complaint. (Doc. 5) The Court issued this order in error and it is WITHDRAWN. Instead, the plaintiff filed a proof of service four months ago, and the defendant has failed to respond to the complaint. Thus, the Court **ORDERS**:

1. **Within 14 days**, the plaintiff SHALL show cause why sanctions should not be imposed for his failure to prosecute this action. Alternatively, the plaintiff SHALL seek entry of default against the defendant.

2. The mandatory scheduling conference is VACATED.

IT IS SO ORDERED.

   Dated:   **August 31, 2021**              _/s/ Jennifer L. Thurston_
                                          CHIEF UNITED STATES MAGISTRATE JUDGE