1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   ALLAN WILLIAMS,                    Case No. 1:21-cv-00705 NONE JLT

12            Plaintiff,                **ORDER GRANTING STIPULATION TO
                                        SET ASIDE DEFAULT. (Doc. 11)**
13       v.
                                        **ORDER SETTING MANDATORY
14   JAYDIV INC.,                       SCHEDULING CONFERENCE**

15            Defendant.

16

17       Based upon the stipulation of the parties, the Court **ORDERS**:

18       1.      The default entered against the defendant is SET ASIDE.

19       2.      The defendant SHALL file a responsive pleading within 10 days.

20       3.      The Court sets the mandatory scheduling conference on November 22, 2021 at

21   9:00 a.m.  All other requirements of the Court's order (Doc. 3) remain in place.

22

23   IT IS SO ORDERED.

24   Dated:   **September 20, 2021**              **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE
25

26

27

28