# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WILLIAMS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JAYDIV INC.,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00705-JLT<br><br>**[PROPOSED] ORDER ON GRANTING JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>**(Doc 13)** |

Based upon the stipulation of the parties and good cause appearing, the Court **GRANTS** the request to stay this case pending the resolution of the appeals by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-15458, *Garcia v. Gateway Hotel L.P.*, No 21-55227, and *Garcia v. E.L. Heritage Inn of Sacramento, LLC*, No. 21-15674. **No later than 21 days** after the appeals are resolved, the parties **SHALL** file a joint report setting forth the status of the matter in light of the outcome of the appeals.

IT IS SO ORDERED.

　　Dated:　**September 28, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE